FIELDS, Appellant, vs. PETERS, Respondent.

For the appellant: *Douglas J. Mangan* of Milwaukee.

For the respondent: *Quarles, Spence & Quarles,* attorneys, and *Arthur Wickham* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.

BREHMER, Guardian *ad litem,* and another, Respondents, vs. SEVERIED and another, Appellants.

For the appellants: *North, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

For the respondents: *Lehner & Lehner* of Princeton.

*By the Court.*—Judgment affirmed.

SNIDER, Respondent, vs. SOLOMON, Appellant.

For the appellant: *Higbee & Higbee,* attorneys, and *Otto O. Marquardt* of counsel, all of La Crosse.

For the respondent: *Hale & Skemp* of La Crosse.

*By the Court.*—Judgment affirmed.